# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARRY R. HARRIS, | Case No. 2:26-cv-01761-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| INMATE BANKING SERVICE DIRECTOR, | |
| Defendant. | |

**I.    DISCUSSION**

*Pro se* Plaintiff Barry R. Harris has filed a motion requesting to voluntarily dismiss this case. See ECF No. 5. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, the Court grants Harris's motion for voluntary dismissal and dismisses this action without prejudice.[1]

**II.    CONCLUSION**

Therefore, **IT IS HEREBY ORDERED** that Harris's motion to voluntarily dismiss this action (ECF No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is dismissed in its entirety without prejudice.

---

[1] The Court notes that a standard minute order regarding dispositive motions was issued following Harris's motion for voluntary dismissal. See ECF No. 6. The minute order provides deadlines for any opposition to the motion. However, because no defendant has been served, much less filed an answer or a motion for summary judgment, Harris is entitled to dismiss this case under 41(a)(1).

Case 2:26-cv-01761-RFB-NJK   Document 7   Filed 07/06/26   Page 2 of 2

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS FURTHER ORDERED** that Harris's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

**DATED:** July 6, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 2 -